IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLON WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RIVERBEND COUNTRY CLUB, INC.; | § | CIVIL ACTION NO. H-17-0416 |
| RIVERBEND COUNTRY CLUB, INC. | § | |
| OCCUPATIONAL INJURY EMPLOYEE | § | |
| BENEFIT PLAN; and SPECIAL | § | |
| INSURANCE SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, to which no objections have been filed. The court concludes that the Memorandum and Recommendation should be and is hereby **ADOPTED**.

**SIGNED** at Houston, Texas, on this 30th day of August, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE